

Thursday, September 11, 2014

No. 14–0166/AF. U.S. v. Brittany N. Olson. CCA S32034. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ERRED BY DENYING THE DEFENSE'S MOTION TO SUPPRESS THE EVIDENCE SEIZED FROM APPELLANT'S HOUSE BECAUSE THE TOTALITY OF THE CIRCUMSTANCES INDICATED THAT APPELLANT'S CONSENT TO SEARCH WAS INVOLUNTARY.

Briefs will be filed under Rule 25.

No. 14–0495/AR. U.S. v. Matthew R. Adams, Jr. CCA 20110503. Review granted on the following issue:

WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED IN FINDING THAT THE MILITARY JUDGE DID NOT ABUSE HIS DISCRETION IN ADMITTING THE PORTION OF APPELLANT'S SWORN STATEMENT REGARDING THE [THEFT] OF COCAINE BECAUSE THE GOVERNMENT FAILED TO CORROBORATE, IN ACCORDANCE WITH MILITARY RULE OF EVIDENCE 304(g), THE ESSENTIAL FACT THAT APPELLANT TOOK COCAINE.

Briefs will be filed under Rule 25.